AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Arkansas

|  |  |  |
|---|---|---|
| Traci Barrios | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  5:22-cv-05202 |
| | ) | |
| TGG Direct, LLC | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TGG Direct, LLC
c/o Emily Gottschalk, Registered Agent
30 Festival Drive
Voorhees, NJ 08043

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  E. Joseph McGehee
5100 W. JB Hunt Dr.
Suite 900
Rogers, AR 72758

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/11/2022  _____

_____
*gayle davis*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  5:22-cv-05202

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Emily Gottschalk, Registered Agent for

was received by me on *(date)*  November 2, 2022 .            TGG Direct, LLC

☒ I personally served the summons on the individual at *(place)*  46 Ocean Ave,

Monmouth Beach, NJ 07750            on *(date)* Nov. 9, 2022     ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____            on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date:  11/10/2022            _____
                                                Server's signature

                                Michael D. Dickey - NJ Private Detective 8702
                                                Printed name and title



                                PoBox 248 Haddon Heights, NJ 08035
                                                Server's address

Additional information regarding attempted service, etc: