UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TRACI BARRIOS,

*Plaintiff,*

v.

TGG DIRECT, LLC,

*Defendant.*

Case No. 5:22-cv-05202

## <u>NOTICE OF SETTLEMENT</u>

The parties have reached a settlement in principle. Plaintiff respectfully requests that the Court stay Defendant's answer deadline for 30 days to permit the parties to finalize the settlement and to file dismissal papers.

Respectfully submitted,

Rose Law Firm,
a Professional Association
5100 W. JB Hunt Dr.
Suite 900
Rogers, AR 72758
(479) 301-2444

By:   *E. Joseph McGehee*
E. Joseph McGehee
Arkansas Bar No. 2015185
jmcgehee@roselawfirm.com

*Counsel for Traci Barrios*

Agreed to:


*s/Tatiana Markel*_____
Oren J. Warshavsky
owarshavsky@bakerlaw.com
Tatiana Markel
tmarkel@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201

*Counsel for TGG Direct LLC*